**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-14255** |
| **John Strategakos** : | **Chapter 13** |
| **Damaris Strategakos** : | **Judge Patricia M. Mayer** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** : | |
| : | |
| **MidFirst Bank** : | |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **John Strategakos** : | |
| **Damaris Strategakos** : | |
| **Kenneth E. West** : | |
| **Respondents.** : | |

**ORDER OF COURT**

AND NOW, this  18th  day of  September , 20 24 , upon consideration of the Certification of Default filed by MidFirst Bank ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay be and hereby is ~~terminated~~ modified as it affects the interest of Creditor in and to the property located at 31 Arbor Lane, Levittown, PA 19055 and more particularly described in the Mortgage, recorded July 12, 2016, at Mortgage Book Volume 2016040420 in the Office of the Recorder of Deeds of Bucks County, Pennsylvania .

BY THE COURT

*Patricia M. Mayer*

PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT

20-020759_SJW