**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | JOHN STRATEGAKOS : | CHAPTER 13 |
| | DAMARIS STRATEGAKOS : | |
| | Debtor(s) : | BANKRUPTCY NO. 20-14255 |

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), John and Damaris Strategakos, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by **MidFirst Bank** on September 11, 2024. Debtors believe they can become current on all post-petition payments due under the February 23, 2022 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: September 18, 2024