United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14255-pmm |
| John Strategakos | Chapter 13 |
| Damaris Strategakos | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 18, 2024 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Strategakos, Damaris Strategakos, 31 Arbor Lane, Levittown, PA 19055-1201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 18 2024 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 18 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 19 2024 00:12:02 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14561501 | | Email/Text: amps@manleydeas.com | Sep 18 2024 23:53:00 | MidFirst Bank, c/o Sarah E Barngrover, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14564430 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 19 2024 00:14:33 | MidFirst Bank, 999 NW Grand Boulevard, Suite 100, Oklahoma City, OK 73118-6051 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citibank, N.A. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 18, 2024 | Form ID: pdf900 | Total Noticed: 6

Date: Sep 20, 2024      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |
| CAMERON DEANE | on behalf of Joint Debtor Damaris Strategakos cdeane@weltman.com tkennedy@ymalaw.com |
| CAMERON DEANE | on behalf of Debtor John Strategakos cdeane@weltman.com tkennedy@ymalaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Damaris Strategakos support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor John Strategakos support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-14255 |
| **John Strategakos** | : Chapter 13 |
| **Damaris Strategakos** | : Judge Patricia M. Mayer |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **MidFirst Bank** | : |
| Movant, | : |
| vs | : |
| | : |
| **John Strategakos** | : |
| **Damaris Strategakos** | : |
| **Kenneth E. West** | : |
| Respondents. | : |

**ORDER OF COURT**

AND NOW, this  18th  day of  September , 20 24 , upon consideration of the Certification of Default filed by MidFirst Bank ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay be and hereby is ~~terminated~~ modified as it affects the interest of Creditor in and to the property located at 31 Arbor Lane, Levittown, PA 19055 and more particularly described in the Mortgage, recorded July 12, 2016, at Mortgage Book Volume 2016040420 in the Office of the Recorder of Deeds of Bucks County, Pennsylvania .

BY THE COURT

*Patricia M. Mayer*

PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT

20-020759_SJW