## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | |
| **John Strategakos** | **:** | **Case No.: 20-14255** |
| **Damaris Strategakos** | **:** | **Chapter 13** |
| | **:** | **Judge Patricia M. Mayer** |
| **Debtor(s).** | **:** | * * * * * * * * * * * * * * * * * * * * * * |
| | **:** | |
| | **:** | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Stephen R. Franks**, who shall be substituted for Alyk L. Oflazian as counsel of record for creditor **MidFirst Bank** ("Creditor").  Alyk L. Oflazian is no longer counsel for Creditor and should not receive future notices in this case.


/s/ Alyk L. Oflazian                                          /s/ Stephen R. Franks

Alyk L. Oflazian (312912)                            Stephen R. Franks (333394)
MDK Legal                                                    MDK Legal
P.O. Box 165028                                           P.O. Box 165028
Columbus, OH  43216-5028                         Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181              614-220-5611; Fax: 614-627-8181
ALOflazian@mdklegal.com                          srfranks@mdklegal.com


20-020759_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 20-14255** |
| **John Strategakos** | : | **Chapter 13** |
| **Damaris Strategakos** | : | **Judge Patricia M. Mayer** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : | |
| | : | |
| **MidFirst Bank** | : | **Related Document #** |
| **Movant,** | : | |
| | : | |
| **vs** | : | |
| | : | |
| **John Strategakos** | : | |
| **Damaris Strategakos** | : | |
| **Kenneth E. West** | : | |
| **Respondents.** | : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was filed electronically.  Notice of this filing will be sent to

the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

CAMERON DEANE, Attorney for John Strategakos and Damaris Strategakos,
cdeane@weltman.com

Paul H. Young, Attorney for John Strategakos and Damaris Strategakos,
support@ymalaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

John Strategakos and Damaris Strategakos, 31 Arbor Lane, Levittown, PA  19055

/s/ Stephen R. Franks

20-020759_PS